IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF OHIO, ex rel. <br> DAVE YOST <br> OHIO ATTORNEY GENERAL <br><br> Plaintiff, <br><br> v. <br><br> OTTERBEIN UNIVERSITY, <br><br> and <br><br> UNITED STATES OF AMERICA <br> UNITED STATES DEPARTMENT OF <br> DEFENSE, and LLOYD J. AUSTIN III <br> in his capacity as SECRETARY OF THE <br> DEPARTMENT OF DEFENSE, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CASE NO.:   2:11-cv-508 <br> (consolidated with 2:08-cv-709) <br><br> Judge MICHAEL H. WATSON |

**Joint Motion to Enter Consent Decree**

Plaintiff, the State of Ohio, and Defendants, Otterbein University and the United States, ask this Court to approve and enter the proposed Consent Decree which was lodged with the Court on October 5, 2023. ECF No. 26 and ECF No. 26-1, PageID 334–546. That Consent Decree resolves the State's claims for violations of Ohio's hazardous waste, water pollution, and nuisance laws, and the State's claims for response costs under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") in this case. In short, the Consent Decree fully resolves this lawsuit. The State has completed a thirty-day public notice and comment period as required by the Clean Water Act and no comments have been received.

Accordingly, the parties ask the Court to enter the Consent Decree, a copy of which is attached to this motion as Exhibit A.

Respectfully submitted,

DAVE YOST
OHIO ATTORNEY GENERAL

 /s/  Dallas F. Kratzer III
Dallas F. Kratzer III
Steptoe & Johnson PLLC
41 South High Street
Suite 2200
Columbus, OH 43215
614-458-9827
Email: dallas.kratzer@steptoe-johnson.com

*Attorney for Otterbein University*

 /s/  Ian F. Gaunt
IAN F. GAUNT (0097461)
*Trial Attorney*
MARK J. NAVARRE (0013674)
Assistant Attorneys General
Environmental Enforcement Section
30 East Broad Street
Columbus, Ohio 43215
Telephone: (614) 466-2766
Facsimile: (614) 644-1926
Ian.Gaunt@OhioAGO.gov
Mark.Navarre@OhioAGO.gov

*Attorneys for the State of Ohio*

 /s/  Perry M. Rosen
Perry M. Rosen
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 616-2627
Email: perry.rosen@usdoj.gov

*Attorney for the United States*